STATE et al.

v.

Harold MARKHAM, Jr. et al.

No. 80–122–M.P.

Supreme Court of Rhode Island.

April 3, 1980.

Edward H. Torgen, North Kingstown, for petitioners.

Adamo & Newman, Edward H. Newman, Westerly, for respondents.

ORDER

The petition for writ of certiorari is denied.